```
                                          FILED
                                       18 JAN -4 PM 3:30

                                       [CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA]

                                              REDACTED
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 16CR1996-WQH |
|---|---|
| Plaintiff, | I N D I C T M E N T<br>(4th Superseding) |
| v. | Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 959, 960 – International Distribution of Controlled Substances; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Secs. 1956(a)(1)(B)(i), (a)(2)(B)(i) and (h) – Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Sec. 982 – Criminal Forfeiture |
| [REDACTED] | |
| WONG HUNG NG (6),<br>  aka "Mau,"<br>GILBERTO GERARDO<br>      VILLALOBOS ZAMORA (7),<br>  aka "Lic," | |
| [REDACTED] | |

JPJO:nlv:San Diego
1/4/18



GONZALO GARCIA COLORADO (19),
    aka "Borrado,"
    aka "El Borris,"

CESAR YANEZ RUIZ (23),
    aka "Padrino,"

ALEJANDRO VARGAS LICONA (29),
    aka "Aquiles,"
JACOBO ISAAC RODRIGUEZ OBREGON (30),
    aka "Voltaren,"

[redacted]

STEPHEN NUNEZ (38),
aka "Jhonnie Walker,"

[redacted]

ALEJOS CARDENAS CRUZ (41),
aka "Lacho,"

[redacted]

Defendants.

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including May 2017, in the countries of Mexico, Costa Rica, Nicaragua and elsewhere, defendants [redacted] WONG HUNG NG, aka "Mau," GILBERTO GERARDO VILLALOBOS ZAMORA, aka "Lic," [redacted]

[redacted] GONZALO GARCIA COLORADO, aka "BORRADO," aka "EL BORRIS," [redacted] CESAR YANEZ RUIZ, aka "Padrino," [redacted] ALEJANDRO VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," [redacted] STEPHEN NUNEZ, aka "Jhonnie Walker," [redacted] ALEJOS CARDENAS CRUZ, aka "Lacho," [redacted] who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending and knowing that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

Count 2

In or about January 2016, in the country of Mexico and elsewhere, defendants [redacted] JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," and [redacted] who will first enter the United States in the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation of Title 21, United States Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

Count 3

In or about March 2016, in the country of Mexico and elsewhere, defendants [redacted] who will first enter the United States in the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation

of Title 21, United States Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

Count 4

In or about May 2016, in the country of Nicaragua and elsewhere, defendants [redacted] WONG HUNG NG, aka "Mau," and GILBERTO GERARDO VILLALOBOS ZAMORA, aka "Lic," who will first enter the United States in the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation of Title 21, United States Code, Sections 959 and 960, and Title 18, United States Code, Section 2.

Count 5

Beginning at a date unknown to the grand jury and continuing up to and including May 2017, within the Southern District of California and elsewhere, defendants [redacted] GILBERTO GERARDO VILLALOBOS ZAMORA, aka "Lic," [redacted] GONZALO GARCIA COLORADO, aka "BORRADO,"

aka "EL BORRIS," [redacted] CESAR YANEZ RUIZ, aka "Padrino," [redacted] ALEJANDRO VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," [redacted] STEPHEN NUNEZ, aka "Jhonnie Walker," [redacted] ALEJOS CARDENAS CRUZ, aka "Lacho," [redacted] did knowingly and intentionally conspire together and with each other and with others known and unknown to the grand jury to possess with intent to distribute and to distribute a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; all in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

Count 6

Beginning at a date unknown to the grand jury and continuing up to and including May 2017, within the Southern District of California and elsewhere, defendants [redacted]

[redacted] WONG HUNG NG, aka "Mau," GILBERTO GERARDO VILLALOBOS ZAMORA, aka "Lic," [redacted] ALEJANDRO VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," [redacted] STEPHEN NUNEZ, aka "Jhonnie Walker," [redacted] ALEJOS CARDENAS CRUZ, aka "Lacho," [redacted] did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States, to wit: to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code,

Section 1956(a)(1)(B)(i); and to transport, transmit, and transfer, a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1) and 846, from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 6 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 5 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants [redacted] WONG HUNG NG, aka "Mau," GILBERTO GERARDO

VILLALOBOS ZAMORA, aka "Lic," [redacted] GONZALO GARCIA COLORADO, aka "BORRADO," aka "EL BORRIS," [redacted] CESAR YANEZ RUIZ, aka "Padrino," [redacted] ALEJANDRO VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," [redacted] STEPHEN NUNEZ, aka "Jhonnie Walker," [redacted] ALEJOS CARDENAS CRUZ, aka "Lacho," [redacted] aka "Misa," and RAFAEL OJEDA GARCIA, aka "Russo," aka "Italia," shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the Defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used

in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3. Upon conviction of the offense set forth in Count 6, defendants [redacted] WONG HUNG NG, aka "Mau," GILBERTO GERARDO VILLALOBOS ZAMORA, aka "Lic," [redacted] ALEJANDRO VARGAS LICONA, aka "Aquiles," JACOBO ISAAC RODRIGUEZ OBREGON, aka "Voltaren," [redacted] STEPHEN NUNEZ, aka "Jhonnie Walker," [redacted] ALEJOS CARDENAS CRUZ, aka "Lacho," [redacted] shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

4. If any of the above referenced forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

DATED: January 4, 2018.

A TRUE BILL:

Foreperson

ADAM L. BRAVERMAN
United States Attorney

By:
JOSHUA P. JONES
Assistant U.S. Attorney

I hereby attest and certify on 1/4/18
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By ________________ Deputy