**MAYRA L. GARCIA**
California State Bar No. 190677
185 West F Street, Suite 100
San Diego, California 92101
Telephone: (619) 238-4132
Fax: (619) 342-9798
Email: mlg@mlgdefense.com

Attorney for Defendant **Cesar Yanez Ruiz**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. 16CR1996-WQH |
| **Plaintiff,** ) | |
| v. ) | |
| **CESAR YANEZ RUIZ (23),** ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| **Defendant.** ) | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that the sentencing hearing in the above-mentioned case currently set for June 29, 2020 be continued to approximately the end of September 2020. The parties are attempting to complete required sentencing-related tasks which have been delayed due to the pandemic. Mr. Ruiz is in custody, and other co-defendants are yet to resolve their matters.

**SO STIPULATED.**

Dated: June 24, 2020                    /s/ Mayra L. Garcia
                                        **MAYRA L. GARCIA**
                                        Attorney for Defendant Ruiz

Dated: June 24, 2020                    /s/Kyle Martin
                                        **KYLE MARTIN**
                                        Assistant United States Attorney