RANDY S. GROSSMAN
Acting United States Attorney
KYLE B. MARTIN
Assistant U.S. Attorney
California Bar No. 267013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7726
Email: kyle.martin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16-cr-01996-WQH |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| **DOMINGUEZ RAMIREZ, JR. ET AL**, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as co-counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**NONE**

//

//

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

**JOSHUA P. JONES**

Please feel free to call me if you have any questions about this notice.

DATED: October 15, 2021.

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*s/ Kyle B. Martin*
KYLE B. MARTIN
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America